IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AUDRY WAYNE LAW,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**LUIS MARTINEZ, Acting Warden,**<br><br>　　　　　　　　　　　Respondent. | Case No. Case No. 23-cv-01727-AMO (PR)<br><br>[~~PROPOSED~~] ORDER |

**GOOD CAUSE** being shown, the Court hereby grants respondent's request for an enlargement of time to and including **November 13, 2023**, in which to file a response to the petition for writ of habeas corpus. Petitioner shall file either a traverse or an opposition within **sixty (60) days** of his receipt of either an answer or a motion to dismiss, and respondent shall file a reply within **fourteen (14) days** of receipt of any opposition.

**IT IS SO ORDERED**.

Dated: September 13, 2023

　　　　　　　　　　　　　　　　　　The Honorable Araceli Martínez-Olguín
　　　　　　　　　　　　　　　　　　United States District Judge

1